UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANK OF AMERICA,

    Plaintiff,

v.                                                      CASE NO.: 8:14-cv-1061-T-23TBM

JAMES C. BRUNO, et al.,

    Defendants.
_____/

## **ORDER**

    Bank of America sued (Doc. 3) the defendants in state court. James C. and Marianne E. Bruno, two of the four defendants, removed this action. The notice (Doc. 1) of removal alleges federal question jurisdiction, but the complaint asserts no federal claim. The memorandum (Doc. 2) in support of the notice of removal alleges diversity jurisdiction, but the memorandum fails to allege the amount in controversy.[1] *Leonard v. Enter. Rent a Car*, 279 F.3d 967, 972 (11th Cir. 2002) ("Where a plaintiff fails to specify the total amount of damages demanded . . . , a

---

[1] Also, the memorandum fails to allege the citizenship of the parties. *Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994) ("Citizenship, not residence, is the key fact that must be alleged in the complaint to establish diversity for a natural person."). And the docket lacks a demonstration of unanimous consent to the notice of removal. *Brierly v. Alusuisse Flexible Packaging, Inc.*, 184 F.3d 527, 533 n.3 (6th Cir.1999) ("The rule of unanimity requires that in order for a notice of removal to be properly before the court, all defendants who have been served must either join in the removal, or file a written consent to the removal.").

defendant seeking removal based on diversity jurisdiction must prove by a preponderance of the evidence that the amount in controversy exceeds the $75,000 jurisdictional requirement.").

Under 28 U.S.C. § 1447(c), this action is **REMANDED** for failure of the removing party to invoke federal jurisdiction. The clerk is directed (1) to mail, as required by 28 U.S.C. § 1447(c), a certified copy of this order to the clerk of the Circuit Court for Manatee County, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on May 16, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE